*amici curiae* granted.  Certiorari denied.

No. 92–1587.  MICHIGAN *v.* DAVIS.  Sup. Ct. Mich.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 92–1656.  FACEMIRE *v.* LIBERTY SAVINGS BANK ET AL. Sup. Ct. Va.  Motion of petitioner to strike brief in opposition denied.  Certiorari denied.

No. 92–8224.  RAMSEUR *v.* BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied. JUSTICE KENNEDY would grant certiorari.

No. 92–8429.  CASTANEDA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 92–1387.  MCNUTT *v.* GTE FLORIDA, INC., 507 U. S. 1019;
No. 92–1409.  GACKENBACH *v.* UNIROYAL, INC., 507 U. S. 1019;
No. 92–7385.  HARGROVE *v.* MORRIS, WARDEN, 507 U. S. 994;
No. 92–7489.  WILLIAMS *v.* WHITLEY, WARDEN, ET AL., 507 U. S. 1008;
No. 92–7563.  HEIMBAUGH *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. (two cases), 507 U. S. 1020;
No. 92–7596.  HINES *v.* VANDERBILT UNIVERSITY MEDICAL CENTER ET AL., 507 U. S. 998;
No. 92–7619.  IN RE SEARCY, 507 U. S. 1017;
No. 92–7701.  HOOPER *v.* DISTRICT OF COLUMBIA, 507 U. S. 1037;
No. 92–7740.  WILLIAMS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 507 U. S. 1022;
No. 92–7748.  HELZER *v.* MICHIGAN, 507 U. S. 1022;
No. 92–7799.  NETELKOS *v.* UNITED STATES, 507 U. S. 1012;
No. 92–7818.  MENDEZ *v.* FEDERAL CORRECTIONAL INSTITUTION, BUTNER, NORTH CAROLINA, ET AL., 507 U. S. 1039; and
No. 92–7904.  IN RE GRAY, 507 U. S. 1017.  Petitions for rehearing denied.